AO 243 (Rev. 2/95)

MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District | CV 05-157 JMR |
|---|---|---|
| Name of Movant MICHAEL T. WILLIAMS | Prisoner No. MINNESOTA | Case No. 00CR00172-01(JMR) |
| Place of Confinement UNITED STATES PENITENTIARY, FLORENCE | | CR00172-01(JMR) |

UNITED STATES OF AMERICA V. WILLIAMS
(name under which convicted)

**MOTION**

1. Name and location of court which entered the judgment of conviction under attack
UNITED STATES DISTRICT COURT OF MINNESOTA

RECEIVED BY MAIL
JAN 24 2005
CLERK, US DIST. COURT ST. PAUL, MN

2. Date of judgment of conviction DECEMBER 18, 2001

3. Length of sentence 175 MONTHS

4. Nature of offense involved (all counts)
**(SEE ATTACHED)** PAGE 2A

5. What was your plea? (Check one)
(a) Not guilty ☒
(b) Guilty ☐
(c) Nolo contendere ☐

If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
(a) Jury ☒
(b) Judge only ☐

7. Did you testify at the trial?
Yes ☐ No ☒

8. Did you appeal from the judgment of conviction?
Yes ☒ No ☐



SCANNED
JAN 26 2005
U.S. DISTRICT COURT ST. PAUL

4. Nature of offense involved (all counts) cont:

Count 1

From on or about November 24, 199, and continuing thereafter until on or about January 20, 2000, in the State and District of Minnesota, the defendants,

**MICHAEL TRAVIS WILLIAMS and**
**ROXANNE MARIE ABFALTER,**

knowingly and willfully conspired and agreed together and with each other, to violate the laws of the United States, to wit, Title 18, United States Code, Section 924(a)(1)(A), that is knowingly make false statements and representations with respect to inform-tion required by the provisions of chapter 44 of Title 18, United States Code, to be kept in the records of licensed firearms deal-ers, and Title 18, United States Code, Sections 922(g) and 2, that is aiding and abetting each other in the receipt and possession of firearms by a prohibited person.

Count 2

Between November 29, 1999 and January 20, 2000, in the State and District of Minnesota, the defendant,

**MICHAEL TRAVIS WILLIAMS,**

having previously been convicted of a crime punishable by imprison-ment for a term exceeding one year, thereafter did knowingly pos-sess, in and affecting interstate commerce, a firearm, in violation of Title 18, United States Code, Section 922(g)(1) and 924(a)(2).

Count 7

On or about the 5th day of January, 2000, in the State and District of Minnesota, defendants,

**MICHAEL TRAVIS WILLIAMS and**
**ROXANNE MARIE ABFALTER,**

each aiding and abetting the other, knowingly made a false state-ment and representation with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of James B. Churchill, H & H SPORT SHOP, a dealer licensed under the provisions of Chapter 44 of Title 18, United States Code, in that defendant Roxanne Marie Abfalter, did

execute a Department of the Treasury, Bureau of Alcohol, Tobacco and Firearms Form 4473, Firearm Transaction Record, to the effect that she was the actual purchaser of the firearm indicated on the form 4473, namely a Ruger, Model P85, 9mm caliber pistol, serial number 30156743, whereas in truth and in fact, she was purchasing the firearm with and for defendant Michael Travis Williams, in violation of Title 18, United States Code, Section 924(a)(1)(A) and 2.

AO 243 (Rev. 2/95)

9. If you did appeal, answer the following:

(a) Name of court 8TH CIR

(b) Result AFFIRMED

(c) Date of result

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any federal court?
Yes ☐ No ☒

11. If your answer to 10 was "yes," give the following information:

(a) (1) Name of court

(2) Nature of proceeding N/A

(3) Grounds raised

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐ No ☒

(5) Result

(6) Date of result

(b) As to any second petition, application or motion give the same information:

(1) Name of court N/A

(2) Name of proceeding

(3) Grounds raised

AO 243 (Rev. 2/95)

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐ No ☒

(5) Result

(6) Date of result

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?

(1) First petition, etc. Yes ☐ No ☒

(2) Second petition, etc. Yes ☐ No ☒

(d) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

Did not understand the law as it applied to my case.

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

CAUTION: If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

AO 243 (Rev. 2/95)

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: Denial of Effective Assistance of Counsel

Supporting FACTS (state *briefly* without citing cases or law):

Failed to object to duplicty of Indictment before Trial.
(See, Attached Memorandum of Law)

B. Ground two: Sentence was enhanced in violation of the 6th Amendment

Supporting FACTS (state *briefly* without citing cases or law):

(See, Attached Memorandum of Law)

C. Ground three:

Supporting FACTS (state *briefly* without citing cases or law):

D. Ground four:

Supporting FACTS (state *briefly* without citing cases or law):

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them:

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
Yes ☐ No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein: Unknown

(a) At preliminary hearing

(b) At arraignment and plea

(c) At trial

(d) At sentencing

AO 243 (Rev. 2/95)

(e) On appeal

(f) In any post-conviction proceeding

(g) On appeal from any adverse ruling in a post-conviction proceeding

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
Yes ☒ No ☐

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐ No ☒

(a) If so, give name and location of court which imposed sentence to be served in the future:

(b) Give date and length of the above sentence:

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐ No ☐

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

______________________________
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

______________________________
Date

______________________________
Signature of Movant