UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CR-172(1) JMR/FLN
05-CV-157 JMR

United States of America )
)
)
vs ) ORDER
)
Michael Travis Williams )

The Court hereby directs the government to respond to petitioner's 2255 motion to vacate, set aside, or correct sentence by Monday, March 14, 2005.

IT IS SO ORDERED.

Dated: January 27, 2005

s/James M. Rosenbaum
JAMES M. ROSENBAUM
United States Chief District Judge