UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Cr. No. 00-172 (JMR/FLN)
Civ. No. 05-157 (JMR)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff-Respondent, | ) | MOTION FOR ENLARGEMENT |
| | ) | OF TIME TO RESPOND TO |
| v. | ) | PETITIONER'S § 2255 MOTION |
| | ) | |
| MICHAEL TRAVIS WILLIAMS, | ) | |
| | ) | |
| Defendant-Petitioner. | ) | |

Plaintiff, appearing through its attorneys, Thomas B. Heffelfinger, United States Attorney, and James E. Lackner, Assistant United States Attorney, hereby moves the Court for a three-week enlargement of time to file its memorandum to Michael Travis Williams' motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255.

The government's brief is due on March 14, 2005. However, due to my case load and work conflict, I have been unable to start the brief and therefore request an extension to and including April 4, 2005, to file the brief.

Respectfully submitted,

Dated: March 14, 2005.

THOMAS B. HEFFELFINGER
United States Attorney

s/James E. Lackner
BY: JAMES E. LACKNER
Assistant U.S. Attorney
Attorney ID Number 59298