UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Cr. No. 00-172 (JMR/FLN)
Civ. No. 05-157 (JMR)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff-Respondent, v. MICHAEL TRAVIS WILLIAMS, Defendant-Petitioner. | ) | ORDER |

The above-entitled matter is before the undersigned United States Chief District Judge pursuant to Plaintiff-Respondent's request for enlargement of time.

WHEREFORE IT IS ORDERED,

That the United States shall have until April 4, 2005, in which to respond to Defendant-Petitioner's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255.

Dated: March 25, 2005

s/James M. Rosenbaum
JAMES M. ROSENBAUM
United States Chief District Judge