Cr. NO. 00-172(JMR/FLN)

Chief Judge Rosenbaum,

I am currently in the Special Housing Unit at USP Florence Co. I have no access to legal materials and also no access to law books or case law.
I am attemping to file per se and indigent. I am very ignorant to the law and procedures. I request assistance in file a suppliment brief out of time.
Also I am requesting that the prosecutions brief be deemed default as out of time.
I don't have a notice when my response is due and request that I have a larger window to file because of lack of access to the proper materials. In this Special Housing Unit. There is no access at all. I will not that I am not here on my own volition nor to a consequence of my actions.

Michael Williams
09182-041

RECEIVED
BY MAIL
APR 21 2005
CLERK, US DIST. COURT
ST. PAUL, MN

SCANNED
APR 25 2005
DISTRICT COURT MPLS