UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CR-172(1)(JMR)

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Michael Travis Williams | ) | |

On April 22, 2005, the Court received and reviewed a letter from petitioner requesting additional time in which to file a reply to the government's answer.

Pursuant to Rule 5(d) of the Rules Governing Section 2255 Proceedings in District Courts, petitioner must file his reply no later than Tuesday, May 17, 2005.

IT IS SO ORDERED.

Dated: April 26, 2005

s/ JAMES M. ROSENBAUM
JAMES M. ROSENBAUM
United States Chief District Judge