00 cr 172
USA v Williams

KC

JUDGE ROSENBAUM,

I AM REQUESTING A CERTIFICATE OF APPEALABILITY. I DO NOT HAVE ACCESS TO ANY LEGAL REFERENCES ON THIS MATTER. I DON'T HAVE ACCESS TO A LAWYER. I DON'T EVEN HAVE ACCESS TO A LEGAL CALL.

SO I DON'T KNOW THE RULES OF THE MOTION THAT NEED TO BE FILED. I CAN ONLY REQUEST.

Michael Williams
09482-041

SCANNED
JUL 22 2005
U.S. DISTRICT COURT MPLS