UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CR-172(1)(JMR/FLN)

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Michael Travis Williams | ) | |

Defendant seeks to appeal the Court's denial of his petition under 28 U.S.C. § 2255 [Docket No. 197], and requests a certificate of appealability pursuant to 28 U.S.C. § 2253(c) [Docket No. 198]. Having reviewed defendant's petition, the Court concludes that no issue raised therein is "debatable among reasonable jurists." Flieger v. Delo, 16 F.3d 878, 882-83 (8th Cir. 1994) (citation omitted). Because defendant has not made the "substantial showing of the denial of a constitutional right" necessary for the issuance of a certificate of appealability, see 28 U.S.C. § 2253(c)(2), defendant's request is denied. No certificate shall issue.

IT IS SO ORDERED.

Dated: July 26, 2005

s/ JAMES M. ROSENBAUM
JAMES M. ROSENBAUM
United States Chief District Judge